## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

United States of America,                     Case No. 24-cr-201 (ECT/TNL)

          Plaintiff,

v.                                                                    **ORDER**

Martrell Devon Burns,

          Defendant.

---

Benjamin Bejar, Assistant United States Attorney, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 (for the Government); and

Daniel L. Gerdts, CJA Appointed Attorney, 331 Second Avenue South, Suite 705 Minneapolis, MN 55401 (for Defendant).

---

This matter is before the Court, United States Magistrate Judge Tony N. Leung, on the Government's Motion for Discovery, ECF No. 17. A hearing was held on November 8, 2024. ECF No. 30. Assistant United States Attorney Benjamin Bejar appeared on behalf of the United States of America (the "Government"). CJA Appointed Attorney Daniel L. Gerdts appeared on behalf of Defendant Martrell Devon Burns.

Based upon the record, memoranda, and oral arguments, **IT IS HEREBY ORDERED** as follows:

1. The Government's Motion for Discovery, ECF No. 17, is **GRANTED**.

The Government's motion seeks discovery available under Federal Rules of Criminal Procedure. *See generally* ECF No. 17. There were no objections to the Government's requests. The Court grants the Government's motion. And while the

Government's motion does not seek deadlines for expert disclosure, the Court's Arraignment Order does set those deadlines; therefore, the Court directs the parties to consult the Court's Arraignment Order for any further information on expert disclosure. *See* ECF No. 15 at 2.

2.  All prior consistent orders remain in full force and effect.

3.  Failure to comply with any provision of this Order or any other prior consistent Order shall subject the non-complying party, non-complying counsel and/or the party such counsel represents to any and all appropriate remedies, sanctions and the like.


Date: December 6, 2024                          *s/Tony N. Leung*
                                                Tony N. Leung
                                                United States Magistrate Judge
                                                District of Minnesota

                                                *United States v. Burns*
                                                Case No. 24-cr-201 (ECT/TNL)